# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TIMOTHY HILL**

    Plaintiff

vs.                                                                   **CASE NUMBER: 1:12-CV-1661 (FJS)**

**COMMISSIONER OF SOCIAL SECURITY**

    Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this case be remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g).

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr. dated the 24th day of July, 2013.

DATED: July 24, 2013

                                                  Clerk of Court

                                                  s/

                                                  Nicole Killius

                                                  Deputy Clerk